IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. REBECCA WEDEL HAWZIPTA, an individual; | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 1. KAW NATION TRIBAL POLICE DEPARTMENT; | ) ) ) | CASE NO.: 22-cv-326-F |
| 2. CITY OF BLACKWELL, a municipal Corporation; | ) ) ) ) | |
| 3. JIM "JIMMY" SHERRON, in his official And individual capacity; | ) ) ) ) | |
| 4. ROBERT WILLIAM SENEY, Jr., an individual; | ) ) ) ) | |
| 5. PACEN SENEY, an individual; | ) ) | |
| 6. JOHN DOES 1-10, presently unidentifiable employees and agents of THE CITY OF BLACKWELL and/or KAW NATION TRIBAL POLICE DEPARTMENT; | ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL

**COMES NOW**, the Plaintiff, Rebecca Wedel Hawzipta, through her attorneys, and files this Notice of Dismissal per Rule 41 (a)(1)(A)(i) for the *following Defendant only* without prejudice: Pacen Seney.

Dated this 24th of July, 2023.

          Respectfully submitted,

          /s/A. Laurie Koller
          A Laurie Koller, OBA #16857
          Ashley Leavitt, OBA #32818
          Koller Trial Law PLLC
          2504 E. 21st St., Ste. B
          Tulsa, OK  74114
          (918) 771-2967 (main)
          (918) 248-8238 (Fax)
          laurie@kollertriallaw.com
          ashley@kollertriallaw.com

          and
          Eric Anthony Mareshie, OBA No. 18180
          tulsalegal@gmail.com
          Suite D-1, Box 279
          Tulsa, Oklahoma 74133-6700
          (918)519-3771(main)
          (918)970-6927 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stephen Geries, OBA No. 19101
Howard T. Morrow, OBA No. 32650
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, Oklahoma 74105
*Attorney for City of Blackwell*

R. Daniel Carter, OBA No. 30514
C. Austin Birnie, OBA No. 31942
CONNER & WINTERS
4100 First Place Tower, 15 East Fifth Street
Tulsa, Oklahoma 74103
*Attorneys for Jim Sherron, in his individual capacity*

3

*/s/ A. Laurie Koller*